UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEXTER MORGENSTERN,<br><br>          Plaintiff,<br>     v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>          Defendant. | CASE NO. 2:25-cv-00372-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal of Entire Case With Prejudice. Dkt. No. 14. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 5th day of August, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1